**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                    NO.  4:07CR00140 JLH

SANFORD SLATER                                                              DEFENDANT

## ORDER

On November 17, 2008, the United States filed a motion to dismiss the indictment.  No

response has been filed.  Local Rule 7.2(b) provides that any party opposing a motion shall serve and

file with the Clerk a statement in opposition to the motion within eleven days after service of the

motion.  Without objection, the Court grants the motion to dismiss the indictment.  Document #26.

The indictment is hereby dismissed.

IT IS SO ORDERED this 1st day of December, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE